# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-10338-TPA |
| | : | |
| Timothy A. Rodgers, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

June 15, 2022

June 22, 2022

June 29, 2022

July 6, 2022

July 13, 2022

July 20, 2022

July 29, 2022

**Next Payment Advice Expected (post-filing):**

August 12, 2022

K.D.                          **RODGERS, TIMOTHY**

**Acutec Precision Aerospace, Inc.**
13555 Broadway
Meadville, PA 16335

paylocity

Direct Deposit Advice

**Check Date**
June 15, 2022

**Voucher Number**
49138

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Franklin-oil Region | C | ***6890 | 574.26 |
| **Total Direct Deposits** | | | 574.26 |

89569    05-ZA-ML1    2641 49138 47890    89569
**Timothy A Rodgers**
3426 State Route 8
Titusville, PA  16354

Non Negotiable - This is not a check - Non Negotiable

## Acutec Precision Aerospace, Inc.

**Timothy A Rodgers**                                                                                                    **Earnings Statement**

| Employee ID | 2641 | Fed Taxable Income | 716.91 | Check Date | June 15, 2022 | Voucher Number | 49138 |
| Location | 05-ZA-ML1 | Fed Filing Status | S+ $5 | Period Beginning | June 5, 2022 | Net Pay | 574.26 |
| Hourly | $16.11 | State Filing Status | S-0 | Period Ending | June 11, 2022 | Total Hours Worked | 0.00 |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| Overtime | 24.17 | 3.00 | 72.51 | 15.25 | 368.59 |
| Regular Pa | 16.11 | 40.00 | 644.40 | 225.50 | 3,632.81 |
| **Gross Earnings** | | 43.00 | 716.91 | 240.75 | 4,001.40 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 57.19 | 307.87 |
| MED | 10.40 | 58.03 |
| PA | 22.01 | 122.83 |
| PA-200206 | 7.17 | 40.02 |
| PA-VER4 | 1.00 | 6.00 |
| PASUI-E | 0.43 | 2.40 |
| SS | 44.45 | 248.08 |
| **Taxes** | 142.65 | 785.23 |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| Franklin-oil Region Credit Union | C    ***6890 | 574.26 |
| **Total Direct Deposits** | | 574.26 |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Ongoing | 0.00 | 0.00 |
| PTO | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

**Acutec Precision Aerospace, Inc.**
13555 Broadway
Meadville, PA 16335

paylocity

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | June 22, 2022 | 49572 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Franklin-oil Region | C | ***6890 | 537.42 |
| **Total Direct Deposits** | | | 537.42 |

89569   05-ZA-ML1   2641  49572  48317        89569
Timothy A Rodgers
3426 State Route 8
Titusville, PA  16354

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Acutec Precision Aerospace, Inc.

**Timothy A Rodgers**                                                      **Earnings Statement**

| Employee ID | 2641 | Fed Taxable Income | 668.57 | Check Date | June 22, 2022 | Voucher Number | 49572 |
|---|---|---|---|---|---|---|---|
| Location | 05-ZA-ML1 | Fed Filing Status | S+ $5 | Period Beginning | June 12, 2022 | Net Pay | 537.42 |
| Hourly | $16.11 | State Filing Status | S-0 | Period Ending | June 18, 2022 | Total Hours Worked | 0.00 |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| Overtime | 24.17 | 1.00 | 24.17 | 16.25 | 392.76 |
| Regular Pa | 16.11 | 40.00 | 644.40 | 265.50 | 4,277.21 |
| **Gross Earnings** | | 41.00 | 668.57 | 281.75 | 4,669.97 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 51.39 | 359.26 |
| MED | 9.69 | 67.72 |
| PA | 20.53 | 143.36 |
| PA-200206 | 6.69 | 46.71 |
| PA-VER4 | 1.00 | 7.00 |
| PASUI-E | 0.40 | 2.80 |
| SS | 41.45 | 289.53 |
| **Taxes** | **131.15** | **916.38** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Franklin-oil Region Credit Union | C | ***6890 | 537.42 |
| **Total Direct Deposits** | | | 537.42 |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Ongoing | 0.00 | 0.00 |
| PTO | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

**Acutec Precision Aerospace, Inc.**
13555 Broadway
Meadville, PA 16335

Direct Deposit Advice

**Check Date** June 29, 2022

**Voucher Number** 50020

paylocity

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Franklin-oil Region | C | ***6890 | 551.23 |
| **Total Direct Deposits** | | | **551.23** |

89569   05-ZA-ML1   2641  50020  48747       89569
Timothy A Rodgers
3426 State Route 8
Titusville, PA  16354

Non Negotiable - This is not a check - Non Negotiable

## Acutec Precision Aerospace, Inc.

**Timothy A Rodgers**                                                               **Earnings Statement**

| Employee ID | 2641 | Fed Taxable Income | 686.70 | Check Date | June 29, 2022 | Voucher Number | 50020 |
| Location | 05-ZA-ML1 | Fed Filing Status | S+ $5 | Period Beginning | June 19, 2022 | Net Pay | 551.23 |
| Hourly | $16.11 | State Filing Status | S-0 | Period Ending | June 25, 2022 | Total Hours Worked | 0.00 |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| Overtime | 24.17 | 1.75 | 42.30 | 18.00 | 435.06 |
| Regular Pa | 16.11 | 40.00 | 644.40 | 305.50 | 4,921.61 |
| **Gross Earnings** | | 41.75 | 686.70 | 323.50 | 5,356.67 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 53.57 | 412.83 |
| MED | 9.96 | 77.68 |
| PA | 21.08 | 164.44 |
| PA-200206 | 6.87 | 53.58 |
| PA-VER4 | 1.00 | 8.00 |
| PASUI-E | 0.41 | 3.21 |
| SS | 42.58 | 332.11 |
| **Taxes** | **135.47** | **1,051.85** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| Franklin-oil Region Credit Union | C   ***6890 | 551.23 |
| **Total Direct Deposits** | | **551.23** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Ongoing | 0.00 | 0.00 |
| PTO | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

Acutec Precision Aerospace, Inc. | 13555 Broadway  Meadville, PA 16335 | (814) 336-7244 | FEIN: 25-1576100 | PA: 20-09802

**Acutec Precision Aerospace, Inc.**
13555 Broadway
Meadville, PA 16335

Direct Deposit Advice

**Check Date**    **Voucher Number**
July 6, 2022    50462

paylocity

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Franklin-oil Region | C | ***6890 | 569.66 |
| **Total Direct Deposits** | | | 569.66 |

89569   05-ZA-ML1   2641 50462 49181   89569
Timothy A Rodgers
3426 State Route 8
Titusville, PA  16354

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Acutec Precision Aerospace, Inc.

**Timothy A Rodgers**    **Earnings Statement**

| Employee ID | 2641 | Fed Taxable Income | 710.87 | Check Date | July 6, 2022 | Voucher Number | 50462 |
| Location | 05-ZA-ML1 | Fed Filing Status | S+ $5 | Period Beginning | June 26, 2022 | Net Pay | 569.66 |
| Hourly | $16.11 | State Filing Status | S-0 | Period Ending | July 2, 2022 | Total Hours Worked | 0.00 |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| Overtime | 24.17 | 2.75 | 66.47 | 20.75 | 501.53 |
| Regular Pa | 16.11 | 40.00 | 644.40 | 345.50 | 5,566.01 |
| **Gross Earnings** | | 42.75 | 710.87 | 366.25 | 6,067.54 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 56.47 | 469.30 |
| MED | 10.31 | 87.99 |
| PA | 21.82 | 186.26 |
| PA-200206 | 7.11 | 60.69 |
| PA-VER4 | 1.00 | 9.00 |
| PASUI-E | 0.43 | 3.64 |
| SS | 44.07 | 376.18 |
| **Taxes** | 141.21 | 1,193.06 |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Franklin-oil Region Credit Union | C | ***6890 | 569.66 |
| **Total Direct Deposits** | | | 569.66 |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Ongoing | 7.04 | 0.00 |
| PTO | 6.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

Acutec Precision Aerospace, Inc. | 13555 Broadway  Meadville, PA 16335 | (814) 336-7244 | FEIN: 25-1576100 | PA: 20-09802

**Acutec Precision Aerospace, Inc.**
13555 Broadway
Meadville, PA 16335

Direct Deposit Advice

paylocity

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | July 13, 2022 | 50907 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Franklin-oil Region | C | ***6890 | 469.88 |
| **Total Direct Deposits** | | | **469.88** |

89569   05-ZA-ML1   2641 50907 49618   89569
Timothy A Rodgers
3426 State Route 8
Titusville, PA  16354

Non Negotiable - This is not a check - Non Negotiable

## Acutec Precision Aerospace, Inc.

**Timothy A Rodgers**                                                                 **Earnings Statement**

| Employee ID | 2641 | Fed Taxable Income | 579.96 | Check Date | July 13, 2022 | Voucher Number | 50907 |
| Location | 05-ZA-ML1 | Fed Filing Status | S+ $5 | Period Beginning | July 3, 2022 | Net Pay | 469.88 |
| Hourly | $16.11 | State Filing Status | S-0 | Period Ending | July 9, 2022 | Total Hours Worked | 0.00 |

| **Earnings** | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| ER Basic L | | 0.00 | 0.17 | 0.00 | 0.17 |
| ER Cost of | | 0.00 | 0.83 | 0.00 | 0.83 |
| ER Cost of | | 0.00 | 1.62 | 0.00 | 1.62 |
| Holiday | 16.11 | 16.00 | 257.76 | 16.00 | 257.76 |
| Overtime | | | | 20.75 | 501.53 |
| Regular Pa | 16.11 | 20.00 | 322.20 | 365.50 | 5,888.21 |
| **Gross Earnings** | | **36.00** | **579.96** | **402.25** | **6,647.50** |

| **Taxes** | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 40.76 | 510.06 |
| MED | | | 8.41 | 96.40 |
| PA | | | 17.80 | 204.06 |
| PA-200206 | | | 5.80 | 66.49 |
| PA-VER4 | | | 1.00 | 10.00 |
| PASUI-E | | | 0.35 | 3.99 |
| SS | | | 35.96 | 412.14 |
| **Taxes** | | | **110.08** | **1,303.14** |

| **Deductions** | | Amount | YTD |
|---|---|---|---|
| No Deductions | | | |

| **Direct Deposits** | | Type Account | Amount |
|---|---|---|---|
| Franklin-oil Region Credit Union | | C    ***6890 | 469.88 |
| **Total Direct Deposits** | | | **469.88** |

| **Time Off** | Available To Use | Plan Year Used |
|---|---|---|
| Ongoing | 7.73 | 0.00 |
| PTO | 6.00 | 0.00 |
| Vacation | 24.00 | 0.00 |

| **Benefits** | Amount | YTD |
|---|---|---|
| ER Cost of | 4.81 | 4.81 |
| ER Cost of | 110.70 | 110.70 |
| ER Cost of | 1.34 | 1.34 |

**Acutec Precision Aerospace, Inc.**
13555 Broadway
Meadville, PA 16335

paylocity

Direct Deposit Advice

**Check Date**  **Voucher Number**
July 20, 2022  51359

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Franklin-oil Region | C | ***6890 | 433.04 |
| **Total Direct Deposits** | | | **433.04** |

89569    05-ZA-ML1    2641 51359 50056    89569

**Timothy A Rodgers**
3426 State Route 8
Titusville, PA  16354

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### Acutec Precision Aerospace, Inc.

**Timothy A Rodgers**                                                                                            **Earnings Statement**

| Employee ID | 2641 | Fed Taxable Income | 531.63 | Check Date | July 20, 2022 | Voucher Number | 51359 |
| Location | 05-ZA-ML1 | Fed Filing Status | S+ $5 | Period Beginning | July 10, 2022 | Net Pay | 433.04 |
| Hourly | $16.11 | State Filing Status | S-0 | Period Ending | July 16, 2022 | Total Hours Worked | 0.00 |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| ER Basic L | | 0.00 | 0.17 | 0.00 | 0.34 |
| ER Cost of | | 0.00 | 0.83 | 0.00 | 1.66 |
| ER Cost of | | 0.00 | 1.62 | 0.00 | 3.24 |
| Holiday | | | | 16.00 | 257.76 |
| Overtime | | | | 20.75 | 501.53 |
| Regular Pa | 16.11 | 33.00 | 531.63 | 398.50 | 6,419.84 |
| **Gross Earnings** | | **33.00** | **531.63** | **435.25** | **7,179.13** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 34.96 | 545.02 |
| MED | 7.71 | 104.11 |
| PA | 16.32 | 220.38 |
| PA-200206 | 5.32 | 71.81 |
| PA-VER4 | 1.00 | 11.00 |
| PASUI-E | 0.32 | 4.31 |
| SS | 32.96 | 445.10 |
| **Taxes** | **98.59** | **1,401.73** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Franklin-oil Region Credit Union | C | ***6890 | 433.04 |
| **Total Direct Deposits** | | | **433.04** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Ongoing | 8.36 | 0.00 |
| PTO | 6.00 | 0.00 |
| Vacation | 24.00 | 0.00 |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost of | 4.81 | 9.62 |
| ER Cost of | 110.70 | 221.40 |
| ER Cost of | 1.34 | 2.68 |

ROSER TECHNOLOGIES INC
347 E Industrial Drive
Titusville PA 16354-7815

0045-P623
ORG: 70 Bearing Shop Labor
EE ID: 418    DD

DATE 07/29/2022    CHECK NO. 10483

PAY TO THE ORDER OF

TIMOTHY A RODGERS
3426 SR 8
TITUSVILLE PA 16354

Total Net Direct Deposit(s)
**$673.57**
AMOUNT

VOID THIS IS NOT A CHECK .......................................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

VERIFY AUTHENTICITY OF THIS DOCUMENT. THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                                              FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Timothy A Rodgers
3426 SR 8
Titusville, PA 16354
Soc Sec #: xxx-xx-xxxx    Employee ID: 418

Home Department: 70 Bearing Shop Labor

Pay Period: 07/11/22 to 07/24/22
Check Date: 07/29/22    Check #: 10483

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 264 | 673.57 | 673.57 |
| **NET PAY** | **673.57** | **673.57** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 40.00 | 20.0000 | 800.00 | 40.00 | 800.00 |
| | Total Hours | 40.00 | | | 40.00 | |
| | Gross Earnings | | | 800.00 | | 800.00 |
| | Total Hrs Worked | 40.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 49.60 | 49.60 |
| Medicare | | 11.60 | 11.60 |
| Fed Income Tax | SMS | 30.19 | 30.19 |
| PA Income Tax | | 24.56 | 24.56 |
| PA Unemploy | | 0.48 | 0.48 |
| PA LTITU-Cra LS | | 2.00 | 2.00 |
| PA TITUS-Cra Inc | | 8.00 | 8.00 |
| **TOTAL** | | **126.43** | **126.43** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 673.57 | 673.57 |

Payrolls by Paychex, Inc.

140 0045-P623    Roser Technologies Inc • 347 E Industrial Drive • Titusville PA 16354-7815 • (814) 827-7717