**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>TIMOTHY A. RODGERS | Case No. 22-10338JCM |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>FRANKLIN OIL REGION CREDIT UNION | Document No __ |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> MAIL TO THE CREDITOR HAS BEEN RETURNED AS UNDELIVERABLE. THE CREDITOR MAY HAVE CHANGED NAMES. A TRANSFER OF CLAIM WOULD BE REQUIRED.

| | |
|---|---|
| FRANKLIN OIL REGION CREDIT UNION<br>101 NORTH 13TH STREET<br>FRANKLIN, PA 16323 | Court claim# /Trustee CID# 4 |

The Movant further certifies that on 11/15/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>TIMOTHY A. RODGERS, 3426 STATE ROUTE 8, TITUSVILLE, PA  16354 | DEBTOR'S COUNSEL:<br>DANIEL P FOSTER ESQ**, FOSTER LAW OFFICES, 1210 PARK AVE, MEADVILLE, PA 16335 |
|---|---|
| ORIGINAL CREDITOR:<br>FRANKLIN OIL REGION CREDIT UNION, 101 NORTH 13TH STREET, FRANKLIN, PA 16323<br><br>NEW CREDITOR: | :<br>NEW DIRECTIONS COMMUNITY CREDIT UNION, 777 ALLEGHENY BLVD, FRANKLIN, PA  16323 |