IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re    TIMOTHY A. RODGERS, | : | Case No. 22-10338-JCM |
| Debtor | : | |
| | : | |
| New Directions Community Credit Union, | : | |
| formerly known as  Franklin Oil Region | : | Related to Doc 36 |
| Credit Union, | : | |
| Movant, | : | |
| | : | |
| Vs. | : | |
| TIMOTHY A. RODERS and Ronda J. Winnecour, | : | |
| Chapter  13 Trustee, | : | |
| Respondent(s) | : | |

## CONSENT ORDER

WHEREAS, the Standing Chapter 13 Trustee filed a Notice of Funds on Reserve (at Doc 36) with respect to Creditor Franklin Oil Region Credit Union which was provided for in the Debtor's plan at Trustee CID #4 (no proof of claim having been filed).

WHEREAS, Creditor Franklin Oil Region Credit Union, by way of Statement of Amendment filed with the Department of State of the Commonwealth of Pennsylvania, amended its name and principal address as has been verified by the below-signing Attorney for the Credit Union.  The Creditor is now:

New Directions Community Credit Union
777 Allegheny Blvd.
Franklin, PA 16323

AND NOW therefore, the undersigned Attorney for the Credit Union having requested, and Trustee and Debtor consenting, to the removal of the reserve:

(1) Trustee shall release the funds on reserve for Creditor Franklin Oil Region Credit Union, and shall issue funds on reserve and future payments to Creditor in the name by which it is now known, i.e., New Directions Community Credit Union at the above stated address.

Consented to:

10/23/2025                                             /s/ Owen Katz
Date                                                         Owen Katz
                                                                 For Chapter 13 Trustee Wd Pa

| | |
|---|---|
| 10/23/2025 | /s/ Daniel P. Foster |
| Date | Daniel P. Foster, Esq. |
| | Attorney for Debtor |
| | |
| 11/03/2025 | /s/ Daniel T. Godinich |
| Date | Daniel T. Godinich, Esq. PA ID #208809 |
| | Attorney for Creditor New Directions Community Credit Union |

So Ordered this _____, day of _____, 20___.

          BY THE COURT

          _____

          HON.
          BANKRUPTCY JUDGE